**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00129-RPM-KMT

SERENA JORDAN,

    Plaintiff,

v.

ENTERPRISE RECOVERY SYSTEMS, INC., an Illinois corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                        BY THE COURT:

April 10th, 2013                s/Richard P. Matsch

_____     _____
DATE                              Richard P. Matsch, Senior Judge